## GARFIELD v. NORSE.

No. 4389.   Opinion Filed April 27, 1915.

(148 Pac. 696.)

APPEAL AND ERROR—Failure to File Brief—Affirmance.   Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Bleakmore, C.)

*Error from Superior Court, Oklahoma County;*

*Edward Dewes Oldfield, Judge.*

Action by Jennie Garfield against M. D. Norse.   Judgment for defendant, and plaintiff brings error.   Affirmed.

*O. C. Tarpening* for plaintiff in error.

*Griffith & Prichard,* for defendant in error.

BLEAKMORE, C.   The petition in error and the transcript of the record in this case was filed in this court on September 25, 1912; neither party has filed a brief, nor offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned. The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, ;7 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court:   It is so ordered.